

| | |
|---|---|
| ROBERT FRANK SMITH,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN OWENS; Dr. BROOME;<br>MEDICAL COLLEGE OF GEORGIA;<br>Dr. ALSTON; THOMAS KING;<br>MILTON SMITH; and JOHN PAUL,<br><br>Defendants. | CIVIL ACTION NO.: CV610-101 |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Brian Owens, the Medical College of Georgia, and John Paul are **DISMISSED**.

**SO ORDERED**, this 25 day of April, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)